**Andre' GAY, Appellant**

v.

**Jeffrey BEARD Sec. of Dept. of Corrections; Louis Folino Supt. of S.C.I. Greene; Program Review Committee of S.C.I. Greene & Capt. Walter, Appellees.**

Supreme Court of Pennsylvania.

June 18, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 18th day of June, 2012, the Order of the Commonwealth Court is hereby **AFFIRMED.**

■

**Lindsay P. SHULER, Appellant**

v.

**PENNSYLVANIA BUREAU OF COMMUNITY CORRECTIONS, et al. & its Staff, et al., Appellees.**

Supreme Court of Pennsylvania.

June 18, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 18th day of June, 2012, the Order of the Commonwealth Court is **AFFIRMED.**